1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:23-po-00112-SAB

12 |            Plaintiff,             | [Citation # E1762583 CA/51]

13 | v.                                |
                                        MOTION AND ORDER FOR DISMISSAL AND
14 | LARRY D. HUMPHREY                 | RECALL WARRANT

15 |            Defendant.             |

16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-00112-

20 SAB [Citation # E1762583 CA/51] against LARRY D. HUMPHREY, without prejudice, in the interest

21 of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The United States further

22 moves to recall the warrant issued August 24, 2023, in the interest of justice.

23 DATED: October 3, 2024                    Respectfully submitted,

24                                           PHILLIP A. TALBERT
                                             United States Attorney
25
                                      By:   /s/ *Jeffrey A. Spivak*
26                                           JEFFREY A. SPIVAK
                                             Assistant United States Attorney
27

28

                                            1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-po-00112-SAB [Citation # E1762583 CA/51] against LARRY D. HUMPHREY be dismissed, without prejudice, and that warrant issued August 24, 2023, be recalled, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 3, 2024**

UNITED STATES MAGISTRATE JUDGE